IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                                RESPONDENT

v.                                         Case No. 6:09-cr-60011
                                           Case No. 6:17-cv-6058

TAMU WALKER                                                                                    MOVANT

## ORDER

Before the Court is the Report and Recommendation filed July 14, 2017, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 55. Judge Bryant recommends that the Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 51) be granted. Judge Bryant further recommends that the Court vacate the judgment and re-sentence Tamu Walker. The parties have waived filing written objections pursuant to 28 U.S.C. § 636(b)(1), and thus the matter is ripe for the Court's consideration. Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, the Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 51) is **GRANTED**. The Court will re-sentence Defendant at a hearing scheduled for August 23, 2017, in Texarkana, Arkansas, at 9 a.m.

**IT IS SO ORDERED**, this 18th day of July, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge